UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>GERMAN HEREDIA-FELIX,<br><br>               Defendant. | Case No. MJ23-247-1<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    (1)    Defendant has been charged by complaint with Count 1: Conspiracy to Distribute Controlled Substances; Count 2: Possession of Controlled Substances with Intent to Distribute; Count 3: Unlawful Possession of a Firearm; and Count 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime. The defendant is a risk of nonappearance based on ties to a foreign country, a pattern of similar conduct, substance abuse history and lack of ties to this district.

DETENTION ORDER - 1

The defendant is a risk of danger based on the nature of the instant offense, the presence of a child during some of the alleged conduct, substance abuse history and a pattern of similar conduct. Court received no information about defendant's personal history, residence, family or community ties, employment history, financial status, health, and substance use. The defendant through his attorney made no argument as to release, lodged no objections to the contents of the United States Probation and Pretrial report, and stipulated to detention.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of May, 2023.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2